# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

136089

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LAVERT HARVEY,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 136089
COA: 276691
Wayne CC: 06-012528-01

On order of the Court, the application for leave to appeal the February 28, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk